FILED
2026 Jun-05 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

|  |  |
|---|---|
| **CHERYL HAYNES, and MARCELLUS GARNER, individually, on behalf of the AlaTrade Foods Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**STEPHEN C. JAMES, as trustee of the AlaTrade Foods Holdings, Inc. Employee Stock Ownership Trust, ALATRADE FOODS HOLDINGS, INC., ALATRADE FOODS, INC., DAVIS LEE, BETH LEE, and BETH LEE as trustee of the Davis Lee 2017 Irrevocable Trustee Family Trust,**<br><br>      **Defendants.** | **Case No. 5:26-cv-00664-HNJ** |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the telephonic status conference held on June 1, 2026, the Parties propose the following schedule to govern the final approval process and attach the following proposed orders related to Plaintiffs' Motion for Preliminary Approval and Certification of Settlement Class (Dkt. 3): (1) Proposed Order Granting Preliminary Approval of Settlement and Certification of the Settlement Class; (2) Proposed

1

Order Appointing Cheryl Haynes and Marcellus Garner as Class Representatives and Bailey & Glasser as Class Counsel; (3) Proposed Order Appointing Settlement Administrator; (4) Proposed Order Approving Class Notice; and (5) Proposed Order Preliminarily Approving Plan of Allocation.

| Action | Date | Triggering Event |
|---|---|---|
| CAFA Notices issued | June 2, 2026[1] | |
| Preliminary Approval Order | June 5, 2026 | *estimated* |
| Transmission of Settlement Class List to Settlement Administrator | July 3, 2026 | Within 28 days of preliminary approval order |
| Mailing of Class Notice | July 27, 2026 | Within 24 days of receiving settlement class list |
| Motion for award of attorneys' fees and expenses | September 11, 2026 | No later than 45 days before the fairness hearing |
| Motion for final approval of settlement | September 11, 2026 | No later than 45 days before the fairness hearing |
| Independent Fiduciary Report | September 23, 2026 | No later than 35 days before the fairness hearing |

---

[1] Though Defendants issued the CAFA notices after the 10-day period following filing of the settlement agreement as set forth in 28 U.S.C. § 1715(b), courts, including the Northern District of Alabama, universally hold that there is no impact from an untimely CAFA notice so long as it issues more than 90 days before a final approval order, as required by 29 U.S.C. § 1715(d). *See, e.g.*, *Rattner v. Tribe App, Inc.*, 2018 WL 11459861, at *1 (S.D. Fla. Jan. 24, 2018) ("Although the CAFA notice was untimely . . . the parties have provided the CAFA notice under 28 U.S.C. § 1715(b) in compliance with CAFA because the CAFA notice was provided 144 days prior to the final approval hearing"); *Beaty v. Continental Auto. Sys. U.S., Inc.*, 2012 WL 1886134, at *9 (N.D. Ala. May 21, 2012) (approving settlement where CAFA notice was sent 20 days after preliminary approval motion, as "ninety days have passed" since the mailing "and no objection has been filed by any State or Federal official upon whom notice was served."). Here, the June 2 CAFA notices issued 148 days before the fairness hearing, if the Court adopts the proposed schedule.

| | | |
|---|---|---|
| Objections to Settlement and Notice of Intent to Appear at Fairness Hearing | October 7, 2026 | No later than 21 days before the fairness hearing |
| Responses to Objections | October 16, 2026 | No later than 10 days before the fairness hearing |
| Fairness Hearing | October 28, 2026 | At least 90 days after mailing of class notice to settlement class |

Dated: June 5, 2026

*/s/ David L. Selby*
David L. Selby II
**BAILEY & GLASSER, LLP**
3000 Riverchase Galleria
Suite 905
Birmingham, AL 35244
Telephone: (205) 988-9253
Facsimile: (205) 733-4896
dselby@baileyglasser.com

Gregory Y. Porter (admitted *pro hac vice*)
1055 Thomas Jefferson Street, NW,
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com

3

Patrick O. Muench (admitted *pro hac vice*)
318 W. Adams Street, Suite 1512
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Laura Babiak (admitted *pro hac vice*)
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
lbabiak@baileyglasser.com

*Attorneys for Plaintiffs*

/s/ *N. DeWayne Pope*
N. Dewayne Pope (ASB-8261-P79N)
**GORDON REES SCULLY
MANSUKHANI, LLP**
505 20th Street N., Suite 1650
Birmingham, AL 35203
Phone: (205) 980-8200
Fax: (205) 383-2816
dpope@grsm.com

Andrew D. Salek-Raham
Richard A. Smith Jr.
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW Suite 1200
Washington, D.C. 20006
Telephone: (202) 861-5408
Facsimile: (202) 653-4503
asalek-raham@groom.com
rsmithjr@groom.com

*Attorneys for Defendants*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Accordingly, the foregoing is available for viewing and downloading from the ECF System.

*/s/ David L. Selby*
David L. Selby

1